478 A.2d 108

Commonwealth v. Booker, Appellant.
Petition for Allowance of Appeal
Denied Oct. 3, 1984.

Submitted January 31, 1984.  Colie B. Chappelle, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before SPAETH, President Judge, and BECK, and HOFFMAN, JJ.

Affirmed.

478 A.2d 108

Commonwealth v. Branch, Appellant.

Submitted November 28, 1983.  James W. Wilson, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.